# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2026 KW 0281

**JUNE 1, 2026**

---

In Re:   Andrew D. Wetzel, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         472552.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                                    MRT
                                    KEB
                                    BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.